No. 76–244. United Pacific Insurance Co. v. MGM Grand Hotel, Inc. C. A. 9th Cir. Certiorari denied.

No. 76–247. Gruss et al. v. Curtis Publishing Co. C. A. 2d Cir. Certiorari denied.

No. 76–250. Father Flanagan's Boys' Home v. Millard School District et al. Sup. Ct. Neb. Certiorari denied.

No. 76–282. Smart v. Jones, Sheriff, et al. C. A. 5th Cir. Certiorari denied.

No. 76–5003. Tucker v. Gray et al. C. A. 6th Cir. Certiorari denied.

No. 76–5009. Robinson v. United States. C. A. 3d Cir. Certiorari denied.

No. 76–5020. Scherer v. Thompson, U. S. District Judge. C. A. 9th Cir. Certiorari denied.

No. 76–5049. Bales v. United States. C. A. 4th Cir. Certiorari denied.

No. 76–5058. Shadd v. United States et al. C. A. 3d Cir. Certiorari denied.

No. 76–5064. Reed v. United States. C. A. 5th Cir. Certiorari denied.

No. 76–5066. Thompson v. Harding et al. C. A. 3d Cir. Certiorari denied.

No. 76–5067. Williams v. United States. C. A. 4th Cir. Certiorari denied.

No. 76–5070. Hanks v. United States. C. A. 9th Cir. Certiorari denied.